NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7103

MARK C. JACKSON,

Claimant-Appellant,

v.

ERIC K. SHINSEKI., Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 07-2703, Judge Lawrence B. Hagel.

ON MOTION

Before BRYSON, CLEVENGER, and PROST, Circuit Judges.

PER CURIAM.

ORDER

Mark C. Jackson moves for reconsideration of the court's order summarily

affirming the judgment of the United States Court of Appeals for Veterans Claims.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration is denied.

FOR THE COURT

FEB 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 8 2009

JAN HORBALY
CLERK

cc: Mark C. Jackson
Phyllis Jo Baunach, Esq.
s20